**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------------- x
In re                                                               :
                                                                    :
UNITED ROAD TOWING, INC.,                                           :    Chapter 11
                                                                    :
                    Debtor.                                         :    Case No. 17-10249 (____)
                                                                    :
Employer Tax I.D. No. 20-3646962                                    :
------------------------------------------------------------------- x
In re                                                               :
                                                                    :
URT HOLDINGS, INC.,                                                 :    Chapter 11
                                                                    :
                    Debtor.                                         :    Case No. 17-10250 (____)
                                                                    :
Employer Tax I.D. No. 20-3738341                                    :
------------------------------------------------------------------- x
In re                                                               :
                                                                    :
CITY TOWING, INC.,                                                  :    Chapter 11
                                                                    :
                    Debtor.                                         :    Case No. 17-10251 (____)
                                                                    :
Employer Tax I.D. No. 88-0112118                                    :
------------------------------------------------------------------- x
In re                                                               :
                                                                    :
URS WEST, INC.,                                                     :    Chapter 11
                                                                    :
                    Debtor.                                         :    Case No. 17-10252 (____)
                                                                    :
Employer Tax I.D. No. 52-2107279                                    :
------------------------------------------------------------------- x
In re                                                               :
                                                                    :
BILL & WAGS, INC. (D/B/A BILL & WAG'S                               :    Chapter 11
TOWING),                                                            :
                                                                    :    Case No. 17-10253 (____)
                    Debtor.                                         :
                                                                    :
Employer Tax I.D. No. 95-2763518                                    :
------------------------------------------------------------------- x
```

```
-------------------------------------------------- x
In re                                             :
                                                  :
EXPORT ENTERPRISES OF MASSACHUSETTS,              :    Chapter 11
INC.,                                             :
                                                  :    Case No. 17-10254 (___)
                Debtor.                           :
                                                  :
Employer Tax I.D. No. 43-1985689                  :
-------------------------------------------------- x
In re                                             :
                                                  :
PAT'S TOWING, INC.,                               :    Chapter 11
                                                  :
                Debtor.                           :    Case No. 17-10255 (___)
                                                  :
Employer Tax I.D. No. 27-0726964                  :
-------------------------------------------------- x
In re                                             :
                                                  :
KEYSTONE TOWING, INC.,                            :    Chapter 11
                                                  :
                Debtor.                           :    Case No. 17-10256 (___)
                                                  :
Employer Tax I.D. No. 54-2186356                  :
-------------------------------------------------- x
In re                                             :
                                                  :
ROSS BAKER TOWING, INC.,                          :    Chapter 11
                                                  :
                Debtor.                           :    Case No. 17-10257 (___)
                                                  :
Employer Tax I.D. No. 95-2919742                  :
-------------------------------------------------- x
In re                                             :
                                                  :
URT TEXAS, INC.,                                  :    Chapter 11
                                                  :
                Debtor.                           :    Case No. 17-10258 (___)
                                                  :
Employer Tax I.D. No. 26-2733716                  :
-------------------------------------------------- x
```

```
------------------------------------------------------------------- x
In re                                                     :
                                                          :
MART-CAUDLE CORPORATION (D/B/A WALNUT    :    Chapter 11
HILL WRECKER),                                            :
                                                          :    Case No. 17-10259 (___)
                        Debtor.                           :
                                                          :
Employer Tax I.D. No. 75-1911912                          :
------------------------------------------------------------------- x
In re                                                     :
                                                          :
SIGNATURE TOWING, INC.,                                   :    Chapter 11
                                                          :
                        Debtor.                           :    Case No. 17-10260 (___)
                                                          :
Employer Tax I.D. No. 75-2933054                          :
------------------------------------------------------------------- x
In re                                                     :
                                                          :
WHW TRANSPORT, INC. (D/B/A CORNISH       :
WRECKER SERVICE),                                         :    Chapter 11
                                                          :
                        Debtor.                           :    Case No. 17-10261 (___)
                                                          :
Employer Tax I.D. No. 75-2933055                          :
------------------------------------------------------------------- x
In re                                                     :
                                                          :
URS SOUTHEAST, INC. (D/B/A CORNISH WRECKER    :    Chapter 11
SERVICE),                                                 :
                                                          :    Case No. 17-10262 (___)
                        Debtor.                           :
                                                          :
Employer Tax I.D. No. 52-2107289                          :
------------------------------------------------------------------- x
In re                                                     :
                                                          :
URS NORTHEAST, INC.,                                      :
                                                          :    Chapter 11
                        Debtor.                           :
                                                          :    Case No. 17-10263 (___)
Employer Tax I.D. No. 52-2107290                          :
------------------------------------------------------------------- x
```

---------------------------------------------------------------- x

In re                                                        :
                                                             :
URS SOUTHWEST, INC.,                                         :    Chapter 11
                                                             :
                    Debtor.                                  :    Case No. 17-10264 (___)
                                                             :
Employer Tax I.D. No. 52-2107284                            :
---------------------------------------------------------------- x

In re                                                        :
                                                             :
FAST TOWING, INC.,                                          :    Chapter 11
                                                             :
                    Debtor.                                  :    Case No. 17-10265 (___)
                                                             :
Employer Tax I.D. No. 86-0675898                            :
---------------------------------------------------------------- x

In re                                                        :
                                                             :
E&R TOWING & GARAGE, INC.,                                  :    Chapter 11
                                                             :
                    Debtor.                                  :    Case No. 17-10266 (___)
                                                             :
Employer Tax I.D. No. 36-2978500                            :
---------------------------------------------------------------- x

In re                                                        :
                                                             :
SUNRISE TOWING, INC.,                                       :    Chapter 11
                                                             :
                    Debtor.                                  :    Case No. 17-10267 (___)
                                                             :
Employer Tax I.D. No. 88-0187160                            :
---------------------------------------------------------------- x

In re                                                        :
                                                             :
KEN LEHMAN ENTERPRISES, INC.                                :    Chapter 11
                                                             :
                    Debtor.                                  :    Case No. 17-10268 (___)
                                                             :
Employer Tax I.D. No. 88-0121970                            :
---------------------------------------------------------------- x

```
-------------------------------------------------------------------- x
In re                                            :
                                                 :
UNITED ROAD TOWING OF SOUTH FLORIDA, INC.,  :    Chapter 11
                                                 :
                   Debtor.                       :    Case No. 17-10269 (___)
                                                 :
Employer Tax I.D. No. 20-4119186                 :
-------------------------------------------------------------------- x
In re                                            :
                                                 :
RAPID RECOVERY INCORPORATED                      :    Chapter 11
                                                 :
                   Debtor.                       :    Case No. 17-10270 (___)
                                                 :
Employer Tax I.D. No. 41-1991659                 :
-------------------------------------------------------------------- x
In re                                            :
                                                 :
UNITED ROAD TOWING SERVICES, INC. (F/K/A    :    Chapter 11
ENVIRONMENTAL AUTO REMOVAL, INC.),               :
                                                 :    Case No. 17-10271 (___)
                   Debtor.                       :
                                                 :
Employer Tax I.D. No. 36-3662206                 :
-------------------------------------------------------------------- x
In re                                            :
                                                 :
ARRI BROTHERS, INC. (D/B/A SO. CAL TRUCK    :    Chapter 11
AND FLEET REPAIR),                               :
                                                 :    Case No. 17-10272 (___)
                   Debtor.                       :
                                                 :
Employer Tax I.D. No. 95-3367962                 :
-------------------------------------------------------------------- x
In re                                            :
                                                 :
RANCHO DEL ORO COMPANIES, INC.,             :    Chapter 11
                                                 :
                   Debtor.                       :    Case No. 17-10273 (___)
                                                 :
Employer Tax I.D. No. 33-0633924                 :
-------------------------------------------------------------------- x
```

```
------------------------------------------------------- x
In re                                                   :
                                                        :
CSCBD, INC.,                                             :    Chapter 11
                                                        :
                        Debtor.                          :    Case No. 17-10274 (___)
                                                        :
Employer Tax I.D. No. 33-0802448                        :
------------------------------------------------------- x
In re                                                   :
                                                        :
UR VMS, LLC,                                             :    Chapter 11
                                                        :
                        Debtor.                          :    Case No. 17-10275 (___)
                                                        :
Employer Tax I.D. No. 45-1484904                        :
------------------------------------------------------- x
In re                                                   :
                                                        :
URS LEASING, INC.,                                      :    Chapter 11
                                                        :
                        Debtor.                          :    Case No. 17-10276 (___)
                                                        :
Employer Tax I.D. No. 14-1829072                        :
------------------------------------------------------- x
In re                                                   :
                                                        :
UR VEHICLE MANAGEMENT SOLUTIONS, INC.                   :    Chapter 11
                                                        :
                        Debtor.                          :    Case No. 17-10277 (___)
                                                        :
Employer Tax I.D. No. 81-3140402                        :
------------------------------------------------------- x
```

## DEBTORS' MOTION FOR AN ORDER AUTHORIZING JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1

United Road Towing, Inc. ("United Road Towing") and its affiliated debtors and debtors in possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors"),[1] by and through their proposed undersigned counsel, respectfully bring this motion (this

---

[1]  The Debtors' mailing address is c/o United Road Towing, Inc., 9550 Bormet Drive., Suite 301, Mokena, Illinois 60448.

"Motion") for entry of an order, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Debtors to jointly administer their chapter 11 cases (the "Chapter 11 Cases").  In support of the Motion, the Debtors rely upon and incorporate by reference the *Declaration of Michael J. Mahar in Support of Debtors' Chapter 11 Petitions and First Day Pleadings* (the "First Day Declaration"),[1] which was filed with the Court concurrently herewith. In further support of the Motion, the Debtors, by and through their proposed undersigned counsel, respectfully represent as follows:

## JURISDICTION

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of these cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The relief requested herein is predicated on Bankruptcy Rule 1015 and Local Rule 1015-1.  Pursuant to Local Rule 9013-1(f), the Debtors consent to the entry of a final judgment or order with respect to this Motion if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## BACKGROUND

2.     On the date hereof (the "Petition Date"), the Debtors commenced voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code")

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the First Day Declaration.

in the United States Bankruptcy Court for the District of Delaware (the "Court").  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases and no committees have been appointed or designated.

3.      The Debtors, headquartered in Mokena, Illinois, are the leader in towing, recovery, impound, and vehicle management solutions in both the private and public sector. Through a portfolio of local and regional brands operating across 10 different regions in eight different states, the Debtors dispatch approximately 500,000 tows, manage over 200,000 impounds and sell over 38,000 vehicles annually across the United States.

4.      Further information regarding the Debtors' business, capital structure, and the circumstances leading to these Chapter 11 Cases is set forth in the First Day Declaration, which is incorporated herein by reference.

## RELIEF REQUESTED

5.      By this Motion, the Debtors seek the entry of an order, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, consolidating the Debtors' Chapter 11 Cases for procedural purposes only.

6.      Many of the motions, applications, hearings and orders that will arise in these Chapter 11 Cases will jointly affect each Debtor.  For this reason, the Debtors respectfully submit that the interests of the Debtors, their creditors and other parties in interest would be best served by the joint administration of these Chapter 11 Cases.  In order to optimally and economically administer the Debtors' pending Chapter 11 Cases, the Debtors submit that such cases should be jointly administered, for procedural purposes only, under the case number assigned to Debtor United Road Towing, Inc. ("United Road Towing").

7.      The Debtors also request that the clerk of the Court maintain one file and one docket for all of the Debtors' Chapter 11 Cases, which file and docket shall be the file and docket for United Road Towing.

8.      The Debtors further request that the caption of these Chapter 11 Cases be modified as follows to reflect their joint administration:

```
----------------------------------------------------------- x
In re                                        :    Chapter 11
                                             :
UNITED ROAD TOWING, INC., et al.,[1]         :    Case No.  17-10249 (___)
                                             :
            Debtors.                         :    Jointly Administered
                                             :
----------------------------------------------------------- x
```

9.      In addition, the Debtors seek the Court's direction that a separate docket entry be made on the docket of each of the other Debtors' Chapter 11 Cases, substantially as follows:

> An order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of United Road Towing, Inc., URT Holdings, Inc., City Towing, Inc., URS West, Inc., Bill & Wag's Towing, Export Enterprises of Massachusetts, Inc., Pat's Towing, Inc., Keystone Towing, Inc., Ross Baker Towing, Inc., URT Texas, Inc., Mart Caudle Corporation, Signature Towing, Inc., WHW Transport, Inc., URS Southeast, Inc., URS Northeast, Inc., URS Southwest, Inc., Fast Towing, Inc., E&R Towing and Garage, Inc., Sunrise Towing, Inc., Ken Lehman Enterprises, Inc., United Road Towing of South Florida, Inc., Rapid Recovery Incorporated,

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: United Road Towing, Inc. (6962); URT Holdings, Inc. (8341); City Towing, Inc. (2118); URS West, Inc. (3518); Bill & Wag's Towing (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964); Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart Caudle Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); URS Southeast, Inc. (7289); URS Northeast, Inc. (7290); URS Southwest, Inc. (7284); Fast Towing, Inc. (5898); E&R Towing and Garage, Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises, Inc. (1970); United Road Towing of South Florida, Inc. (9186); Rapid Recovery Incorporated (1659); United Road Towing Services, Inc. (2206); Arri Brothers, Inc. (7962); Rancho Del Oro Companies, Inc. (3924); CSCBD, Inc. (2448); URS Leasing, Inc. (9072); UR VMS LLC (4904); UR Vehicle Management Solutions, Inc. (0402).  The Debtors' mailing address is c/o United Road Towing, Inc., 9550 Bormet Drive., Suite 301, Mokena, Illinois 60448.

United Road Towing Services, Inc., Arri Brothers, Inc., Rancho Del Oro Companies, Inc., CSCBD, Inc., URS Leasing, Inc., UR VMS LLC, and UR Vehicle Management Solutions, Inc.   The docket in the chapter 11 case of United Road Towing, Inc., Case No. 17-10249 (___), should be consulted for all matters affecting the above-listed cases.

## BASIS FOR RELIEF REQUESTED

10.     Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the Court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  Local Rule 1015-1 similarly provides for joint administration of chapter 11 cases when the facts demonstrate that joint administration "is warranted and will ease the administrative burden for the Court and the parties."  Del. Bankr. L.R. 1015-1.  In this case, all of the Debtors are "affiliates" of United Road Towing as that term is defined in section 101(2) of the Bankruptcy Code and, accordingly, the Court has the authority to grant the relief requested herein.

11.     Additionally, the joint administration of the Debtors' respective estates will ease the administrative burden on the Court and all parties in interest in these Chapter 11 Cases.

12.     The joint administration of these Chapter 11 Cases will also permit the Clerk of the Court to utilize a single docket for all of the cases and to combine notices to creditors and other parties in interest in the Debtors' respective cases.  In addition, there will likely be numerous motions, applications, and other pleadings filed in these Chapter 11 Cases that will affect most or all of the Debtors.  Joint administration will permit counsel for all parties in interest to include all of the Debtors' Chapter 11 Cases in a single caption for the numerous documents that are likely to be filed and served in these cases.  Moreover, joint administration will also enable parties in interest in each of the Chapter 11 Cases to stay apprised of all the

various matters before the Court.

13.     The Debtors submit that joint administration of these Chapter 11 Cases will not prejudice or adversely affect the rights of the Debtors' creditors because the relief sought herein is purely procedural and is not intended to affect substantive rights.   Because these Chapter 11 Cases involve twenty-nine (29) Debtors, joint administration will significantly reduce the volume of paper that otherwise would be filed with the clerk of the Court, render the completion of various administrative tasks less costly, and minimize the number of unnecessary delays.   Moreover, the relief requested by this Motion will also simplify supervision of the administrative aspects of these cases by the Office of the United States Trustee for the District of Delaware.

14.     For these reasons, the Debtors submit that the relief requested herein is in the best interests of the Debtors, their estates, and creditors, and therefore should be granted.

## <u>NOTICE</u>

15.     Notice of this Motion has been provided to: (i) the Office of the United States Trustee for the District of Delaware; (ii) the United States Securities and Exchange Commission; (iii) the Office of the United States Attorney General for the District of Delaware; (iv) the Internal Revenue Service; (v) counsel to the Debtors' first and second lien lenders; (vi) the Debtors' cash management banks; and (vii) the Debtors' thirty (30) largest unsecured creditors on a consolidated basis.   Notice of this Motion and any order entered hereon will be served in accordance with Local Rule 9013-1(m).   In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form annexed hereto as Exhibit A, granting the relief requested in this Motion and such other and further relief as this Court deems just and proper.

Dated:  February 6, 2017
        Wilmington, Delaware              YOUNG CONAWAY STARGATT
                                          & TAYLOR, LLP

                                          /s/    M. Blake Cleary
                                          M. Blake Cleary (No. 3614)
                                          Ryan M. Bartley (No. 4985)
                                          Andrew Magaziner (No. 5426)
                                          Rodney Square
                                          1000 North King Street
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 571-6600
                                          Facsimile: (302) 571-1253

                                                -and-

                                          WINSTON & STRAWN LLP
                                          Daniel J. McGuire
                                          (*pro hac vice* admission pending)
                                          Grace D. D'Arcy
                                          (*pro hac vice* admission pending)
                                          35 West Wacker Drive
                                          Chicago, Illinois 60601
                                          Telephone: (312) 558-5600
                                          Facsimile: (312) 558-5700

                                          Carrie V. Hardman
                                          (*pro hac vice* admission pending)
                                          200 Park Avenue
                                          New York, NY 10166
                                          Telephone: (212) 294-6700
                                          Facsimile: (212) 294-4700

                                          *Proposed Counsel for Debtors and
                                          Debtors in Possession*

01:21488515.3

## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------------  x
In re                                          :
                                               :
UNITED ROAD TOWING, INC.,                      :    Chapter 11
                                               :
                      Debtor.                  :    Case No. 17-10249 (___)
                                               :
Employer Tax I.D. No. 20-3646962               :
-------------------------------------------------------------------  x
In re                                          :
                                               :
URT HOLDINGS, INC.,                            :    Chapter 11
                                               :
                      Debtor.                  :    Case No. 17-10250 (___)
                                               :
Employer Tax I.D. No. 20-3738341               :
-------------------------------------------------------------------  x
In re                                          :
                                               :
CITY TOWING, INC.,                             :    Chapter 11
                                               :
                      Debtor.                  :    Case No. 17-10251 (___)
                                               :
Employer Tax I.D. No. 88-0112118               :
-------------------------------------------------------------------  x
In re                                          :
                                               :
URS WEST, INC.,                                :    Chapter 11
                                               :
                      Debtor.                  :    Case No. 17-10252 (___)
                                               :
Employer Tax I.D. No. 52-2107279               :
-------------------------------------------------------------------  x
In re                                          :
                                               :
BILL & WAGS, INC. (D/B/A BILL & WAG'S          :    Chapter 11
TOWING),                                       :
                                               :    Case No. 17-10253 (___)
                      Debtor.                  :
                                               :
Employer Tax I.D. No. 95-2763518               :
-------------------------------------------------------------------  x
```

01:21488515.3

```
------------------------------------------------------------------ x
In re                                            :
                                                 :
EXPORT ENTERPRISES OF MASSACHUSETTS,             :    Chapter 11
INC.,                                            :
                                                 :    Case No. 17-10254 (___)
                      Debtor.                    :
                                                 :
Employer Tax I.D. No. 43-1985689                 :
------------------------------------------------------------------ x
In re                                            :
                                                 :
PAT'S TOWING, INC.,                              :    Chapter 11
                                                 :
                      Debtor.                    :    Case No. 17-10255 (___)
                                                 :
Employer Tax I.D. No. 27-0726964                 :
------------------------------------------------------------------ x
In re                                            :
                                                 :
KEYSTONE TOWING, INC.,                           :    Chapter 11
                                                 :
                      Debtor.                    :    Case No. 17-10256 (___)
                                                 :
Employer Tax I.D. No. 54-2186356                 :
------------------------------------------------------------------ x
In re                                            :
                                                 :
ROSS BAKER TOWING, INC.,                         :    Chapter 11
                                                 :
                      Debtor.                    :    Case No. 17-10257 (___)
                                                 :
Employer Tax I.D. No. 95-2919742                 :
------------------------------------------------------------------ x
In re                                            :
                                                 :
URT TEXAS, INC.,                                 :    Chapter 11
                                                 :
                      Debtor.                    :    Case No. 17-10258 (___)
                                                 :
Employer Tax I.D. No. 26-2733716                 :
------------------------------------------------------------------ x
```

```
---------------------------------------------------------------- x
In re                                              :
                                                   :
MART-CAUDLE CORPORATION (D/B/A WALNUT              :   Chapter 11
HILL WRECKER),                                     :
                                                   :   Case No. 17-10259 (___)
                        Debtor.                    :
                                                   :
Employer Tax I.D. No. 75-1911912                   :
---------------------------------------------------------------- x
In re                                              :
                                                   :
SIGNATURE TOWING, INC.,                            :   Chapter 11
                                                   :
                        Debtor.                    :   Case No. 17-10260 (___)
                                                   :
Employer Tax I.D. No. 75-2933054                   :
---------------------------------------------------------------- x
In re                                              :
                                                   :
WHW TRANSPORT, INC. (D/B/A CORNISH                 :
WRECKER SERVICE),                                  :   Chapter 11
                                                   :
                        Debtor.                    :   Case No. 17-10261 (___)
                                                   :
Employer Tax I.D. No. 75-2933055                   :
---------------------------------------------------------------- x
In re                                              :
                                                   :
URS SOUTHEAST, INC. (D/B/A CORNISH WRECKER        :   Chapter 11
SERVICE),                                          :
                                                   :   Case No. 17-10262 (___)
                        Debtor.                    :
                                                   :
Employer Tax I.D. No. 52-2107289                   :
---------------------------------------------------------------- x
In re                                              :
                                                   :
URS NORTHEAST, INC.,                               :
                                                   :   Chapter 11
                        Debtor.                    :
                                                   :   Case No. 17-10263 (___)
Employer Tax I.D. No. 52-2107290                   :
---------------------------------------------------------------- x
```

```
----------------------------------------------------------------------- x
In re                                          :
                                               :
URS SOUTHWEST, INC.,                           :   Chapter 11
                                               :
                    Debtor.                    :   Case No. 17-10264 (___)
                                               :
Employer Tax I.D. No. 52-2107284               :
----------------------------------------------------------------------- x
In re                                          :
                                               :
FAST TOWING, INC.,                             :   Chapter 11
                                               :
                    Debtor.                    :   Case No. 17-10265 (___)
                                               :
Employer Tax I.D. No. 86-0675898               :
----------------------------------------------------------------------- x
In re                                          :
                                               :
E&R TOWING & GARAGE, INC.,                     :   Chapter 11
                                               :
                    Debtor.                    :   Case No. 17-10266 (___)
                                               :
Employer Tax I.D. No. 36-2978500               :
----------------------------------------------------------------------- x
In re                                          :
                                               :
SUNRISE TOWING, INC.,                          :   Chapter 11
                                               :
                    Debtor.                    :   Case No. 17-10267 (___)
                                               :
Employer Tax I.D. No. 88-0187160               :
----------------------------------------------------------------------- x
In re                                          :
                                               :
KEN LEHMAN ENTERPRISES, INC.                   :   Chapter 11
                                               :
                    Debtor.                    :   Case No. 17-10268 (___)
                                               :
Employer Tax I.D. No. 88-0121970               :
----------------------------------------------------------------------- x
```

01:21488515.3

4

```
------------------------------------------------------------- x
In re                                            :
                                                 :
UNITED ROAD TOWING OF SOUTH FLORIDA, INC.,  :    Chapter 11
                                                 :
                     Debtor.                     :    Case No. 17-10269 (___)
                                                 :
Employer Tax I.D. No. 20-4119186                 :
------------------------------------------------------------- x
In re                                            :
                                                 :
RAPID RECOVERY INCORPORATED                      :    Chapter 11
                                                 :
                     Debtor.                     :    Case No. 17-10270 (___)
                                                 :
Employer Tax I.D. No. 41-1991659                 :
------------------------------------------------------------- x
In re                                            :
                                                 :
UNITED ROAD TOWING SERVICES, INC. (F/K/A    :    Chapter 11
ENVIRONMENTAL AUTO REMOVAL, INC.),          :
                                                 :    Case No. 17-10271 (___)
                     Debtor.                     :
                                                 :
Employer Tax I.D. No. 36-3662206                 :
------------------------------------------------------------- x
In re                                            :
                                                 :
ARRI BROTHERS, INC. (D/B/A SO. CAL TRUCK    :    Chapter 11
AND FLEET REPAIR),                               :
                                                 :    Case No. 17-10272 (___)
                     Debtor.                     :
                                                 :
Employer Tax I.D. No. 95-3367962                 :
------------------------------------------------------------- x
In re                                            :
                                                 :
RANCHO DEL ORO COMPANIES, INC.,             :    Chapter 11
                                                 :
                     Debtor.                     :    Case No. 17-10273 (___)
                                                 :
Employer Tax I.D. No. 33-0633924                 :
------------------------------------------------------------- x
```

01:21488515.3

5

```
-------------------------------------------------------------------  x
In re                                                               :
                                                                    :
CSCBD, INC.,                                                        :    Chapter 11
                                                                    :
                    Debtor.                                         :    Case No. 17-10274 (___)
                                                                    :
Employer Tax I.D. No. 33-0802448                                    :
-------------------------------------------------------------------  x
In re                                                               :
                                                                    :
UR VMS, LLC,                                                        :    Chapter 11
                                                                    :
                    Debtor.                                         :    Case No. 17-10275 (___)
                                                                    :
Employer Tax I.D. No. 45-1484904                                    :
-------------------------------------------------------------------  x
In re                                                               :
                                                                    :
URS LEASING, INC.,                                                  :    Chapter 11
                                                                    :
                    Debtor.                                         :    Case No. 17-10276 (___)
                                                                    :
Employer Tax I.D. No. 14-1829072                                    :
-------------------------------------------------------------------  x
In re                                                               :
                                                                    :
UR VEHICLE MANAGEMENT SOLUTIONS, INC.                               :    Chapter 11
                                                                    :
                    Debtor.                                         :    Case No. 17-10277 (___)
                                                                    :
Employer Tax I.D. No. 81-3140402                                    :
-------------------------------------------------------------------  x
```

**ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES
PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1**

Upon consideration of the motion (the "Motion")[1] of United Road Towing, Inc. and its

affiliated debtors and debtors in possession in the above-captioned cases (each a "Debtor," and

collectively, the "Debtors") for entry of an order, pursuant to Bankruptcy Rule 1015 and Local

Rule 1015-1,  authorizing the joint administration of the Debtors' cases under chapter 11 of the

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Bankruptcy Code; and upon the First Day Declaration; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b) and that venue of these cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1.      The Motion is GRANTED, as set forth herein.

2.      The above-captioned cases are consolidated for procedural purposes only, and shall not be a substantive consolidation of the respective estates.   These cases shall be administered jointly under Case No. 17-10249 (___) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1, and the joint caption of the cases shall read as follows:

```
-------------------------------------------------------------- x
In re                                              :    Chapter 11
                                                   :
UNITED ROAD TOWING, INC., et al.,¹                 :    Case No.  17-10249 (___)
                                                   :
                    Debtors.                       :    Jointly Administered
                                                   :
-------------------------------------------------------------- x
```

3.      All original pleadings shall be captioned as indicated in the preceding

paragraph and all original docket entries shall be made in the case of Debtor United Road

Towing, Inc., Case No. 17-10249 (___), and a docket entry shall be made in the other Debtors'

Chapter 11 Cases substantially as follows:

> An order has been entered in this case directing the consolidation
> and joint administration for procedural purposes only of the
> chapter 11 cases of: United Road Towing, Inc.; URT Holdings,
> Inc.; City Towing, Inc.; URS West, Inc.; Bill & Wag's, Inc.;
> Export Enterprises of Massachusetts, Inc.; Pat's Towing, Inc.;
> Keystone Towing, Inc.; Ross Baker Towing, Inc.; URT Texas,
> Inc.; Mart Caudle Corporation; Signature Towing, Inc.; WHW
> Transport, Inc.; URS Southeast, Inc.; URS Northeast, Inc.; URS
> Southwest, Inc.; Fast Towing, Inc.; E&R Towing and Garage, Inc.;
> Sunrise Towing, Inc.; Ken Lehman Enterprises, Inc.; United Road
> Towing of South Florida, Inc.; Rapid Recovery, Inc.; United Road
> Towing Services, Inc.; Arri Brothers, Inc.; Rancho Del Oro
> Companies, Inc.; CSCBD, Inc.; URS Leasing, Inc.; UR VMS LLC;
> UR Vehicle Management Solutions, Inc., and all subsequently filed
> chapter 11 cases of such debtors' affiliates.  The docket in the
> chapter 11 case of United Road Towing, Inc., Case No. 17-10249
> (___), should be consulted for all matters affecting the above-listed
> cases.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
United Road Towing, Inc. (6962); URT Holdings, Inc. (8341); City Towing, Inc. (2118); URS West, Inc.
(3518); Bill & Wag's, Inc. (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964);
Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart Caudle
Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); URS Southeast, Inc. (7289);
URS Northeast, Inc. (7290); URS Southwest, Inc. (7284); Fast Towing, Inc. (5898); E&R Towing and Garage,
Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises, Inc. (1970); United Road Towing of South
Florida, Inc. (9186); Rapid Recovery Incorporated (1659); United Road Towing Services, Inc. (2206); Arri
Brothers, Inc. (7962); Rancho Del Oro Companies, Inc. (3924); CSCBD, Inc. (2448); URS Leasing, Inc.
(9072); UR VMS LLC (4904); UR Vehicle Management Solutions, Inc. (0402).  The Debtors' mailing address
is c/o United Road Towing, Inc., 9550 Bormet Drive., Suite 301, Mokena, Illinois 60448.

4.        This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2017
          Wilmington, Delaware

_____
          UNITED STATES BANKRUPTCY JUDGE