**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| United Road Towing, Inc. | : | Case No. 17-10249 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Mission Wrecker, S.A., Inc.**, Attn: Jim Champion, 4535 FM 1510 N., Con Verse, TX 78109, Phone:210-341-0333; Fax: 210-651-5114

2. **First Service Credit Union fka Right Choice as Class Representative.**, Attn: Michael Brooks, Esq., Brooks Hubley, LLP 1645 Village Center Cir, Suite 60, Las Vegas, NV 89134, Phone: 702-851-1191, Fax: 702-851-1191

3. **M2 Development, LLC,** Attn: Matthew Brady, 1669 W. Horizon Ridge Pkwy #120, Henderson, NV 89012, Phone: 702-373-2834, Fax: 702-441-8956

4. **Secure-24, LLC**, Attn: Beth Mier, Esq., 26955 Northwestern Hwy #200, Southfield, MI 48033, Phone: 248-784-1021, Ext. 2696, Fax: 248-630-3125

5. **FTM Corp, dba Fleet Technology & Maintenance Corp.**, Attn: Sergio Aguirre, 8500 NW 64th Street, Miami, FL 33166, Phone: 305-219-8236


ANDREW R. VARA
Acting United States Trustee, Region 3


　/s/ David L. Buchbinder  for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: February 16, 2017

Attorney assigned to this Case: David L. Buchbinder, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Blake Cleary, Esq., Phone: 302-571-6600, Fax: 302-571-1253