IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------

In re

**UNITED ROAD TOWING, INC.** *et al.*,

Debtors.[1]

----------------------------------------------------------

: Chapter 11
:
: Case No. 17-10249 (LSS)
:
: Jointly Administered
:
: **Re: Docket Nos. 57 & 131**

## NOTICE OF SALE OF ASSETS

United Road Towing, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), are seeking to sell their personal property and other related interests (the "**Assets**"). The Debtors will consider proposals to acquire some or all of the Assets through a sale under section 363 of the Bankruptcy Code, the acquisition of the equity of one or more Debtors though a sale under section 363 of the Bankruptcy Code, or a sale of Assets or the acquisition of the equity in one or more Debtors implemented through a chapter 11 plan. **The Debtors have reserved the right, in consultation with the Consultation Parties[2], to**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: United Road Towing, Inc. (6962); URT Holdings, Inc. (8341); City Towing Inc. (2118); URS West, Inc. (3518); Bill & Wags, Inc. (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964); Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart-Caudle Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); URS Southeast, Inc. (7289); URS Northeast, Inc. (7290); URS Southwest, Inc. (7284); Fast Towing, Inc. (5898); E & R Towing and Garage, Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises Inc. (1970); United Road Towing South Florida, Inc. (9186); Rapid Recovery Incorporated (1659); United Road Towing Services, Inc. (2206); Arri Brothers, Inc. (7962); Rancho Del Oro Companies, Inc. (3924); CSCBD, Inc. (2448); URS Leasing, Inc. (9072); UR VMS, LLC (4904); UR Vehicle Management Solutions, Inc. (0402). The Debtors' mailing address is c/o United Road Towing, Inc., 9550 Bormet Drive, Suite 301, Mokena, Illinois 60448.

[2] The term "**Consultation Parties**" as used in these Bidding Procedures shall mean, with respect to any Asset: (i) counsel and financial advisor to any official committee appointed in these cases representing parties with an interest in the Assets; (ii) counsel to Wells Fargo Bank, N.A., as DIP Agent and agent under the prepetition first-lien credit facility; and (iii) counsel to Medley Capital Corporation, as agent under the prepetition second-lien credit facility if (a) Medley advises the Debtors in writing that it shall not be a bidder for the Assets, whether by credit bid or otherwise or (b) the Debtors, in consultation with the Committee, determine that the delivery of certain selected information to Medley will facilitate the Sale Process.

**select one or more parties to serve as a stalking horse purchaser (each a "Stalking Horse Purchaser") to acquire some or all of the Assets pursuant to a Transaction Agreement between the applicable Debtor(s) and the Stalking Horse Purchaser**.

By order, dated March 6, 2017 [Docket No. 131] (the "**Bidding Procedures Order**"), the Bankruptcy Court approved certain "**Bidding Procedures**" that govern the sale(s) of, or other transaction(s) to acquire, the Assets by the highest and best bidders.  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

The Debtors have requested the Bankruptcy Court to enter an order or orders (the "**Sale Orders**"), which provide, among other things, for the sale of the Assets free and clear of all liens, claims, encumbrances and other interests, to the extent permissible by law, and the assumption of certain liabilities.  A separate notice will be provided to counterparties to executory contracts and unexpired leases with the Debtors that may be assumed and assigned in connection with the Sale Orders.

Copies of the Bidding Procedures Order, the Bidding Procedures, and other pleadings are available at the website for the Debtors' claims and noticing agent, Rust Consulting/Omni Bankruptcy at http://www.omnimgt.com/unitedroadtowing.

**Any interested bidder should contact the Debtors' investment banker, SSG Advisors, LLC, c/o Mark E. Chesen (Email: mchesen@ssgca.com) and Michael Gorman (Email: mgorman@ssgca.com).**

<u>**PLEASE TAKE NOTE OF THE FOLLOWING INFORMATION AND IMPORTANT DEADLINES**</u>**:**

- The deadline to file an objection with the Bankruptcy Court to the proposed sale of the Assets (the "**Sale Objection Deadline**") is **April 5, 2017 at 4:00 p.m. (ET)**; *provided* solely with respect to an objection to the conduct of the Auction, the designation of any Successful Bidder or Bid or Back-Up Bidder or Bid, the terms (including price) of such bids, and the Debtors' inability to satisfy the conditions of section 363(f) of the Bankruptcy Code with respect to a Successful Bid or Back-Up Bid (an "**Auction Objection**"), the deadline to file an Auction Objection **shall be 4:00 p.m. (ET) on April 11, 2017**.

- Objections must be filed and served in accordance with the Bidding Procedures Order. In connection with the proposed sale process, interested bidders may be subject to an expedited discovery process.

- The deadline to be qualified as a Qualifying Bidder and to submit a Qualifying Bid is **April 6, 2017 at 5:00 p.m. (ET)**. Subject to Section 7 of the Bidding Procedures with respect to credit bids, all Qualifying Bids must be accompanied with a deposit in an amount equal to the greater of $200,000 or ten percent (10%) of the total consideration provided under the proposed Transaction Agreement; *provided*, that the Debtors may alter the Deposit requirement for any party selected as a Stalking Horse Purchaser with leave of the Court.

- An auction for the Assets will commence on **April 10, 2017 at 10:00 a.m. (ET)** at the offices of Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Rodney Square, Wilmington, DE 19801.

- The Bankruptcy Court will conduct a hearing (the "**Sale Hearing**") to consider the proposed Sales on: **April 12, 2017 at 1:30 p.m. (ET)**.

**THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION BY THE APPLICABLE OBJECTION DEADLINE SHALL BE DEEMED TO CONSENT TO, AND  A BAR TO THE ASSERTION BY SUCH PERSON OR ENTITY OF ANY OBJECTION TO, THE MOTION, SALE ORDERS, THE PROPOSED TRANSACTIONS, OR THE DEBTORS' CONSUMMATION AND PERFORMANCE OF THE TRANSACTION AGREEMENT(S) (INCLUDING, WITHOUT LIMITATION, THE DEBTORS' TRANSFER OF ANY OF THE ASSETS AND ASSUMPTION AND ASSIGNMENT OF ANY ASSUMED CONTRACTS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS).**

**BY ORDER OF THE COURT**

| | |
|---|---|
| Dated:  March 9, 2017<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>M. Blake Cleary (No. 3614)<br>Ryan M. Bartley (No. 4985)<br>Andrew Magaziner (No. 5426)<br>Rodney Square<br>1000 North King Street |

Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

WINSTON & STRAWN LLP
Daniel J. McGuire
(admitted *pro hac vice*)
Grace D. D'Arcy
(admitted *pro hac vice*)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Carrie V. Hardman
(admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Counsel for Debtors and Debtors in Possession*