IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------

**In re**

**UNITED ROAD TOWING, INC.** *et al.*,

Debtors.[1]

----------------------------------------------------------------

Chapter 11

Case No. 17-10249 (LSS)

Jointly Administered

Re: Docket No. 153

## NOTICE OF SUCCESSFUL BID AND BACK-UP BID IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS

**PLEASE TAKE NOTICE** that on March 9, 2017, the United States Bankruptcy Court for the District of Delaware entered that certain *Amended Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All of the Debtors' Assets, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief* [Docket No. 153] (the "**Bidding Procedures Order**").[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: United Road Towing, Inc. (6962); URT Holdings, Inc. (8341); City Towing Inc. (2118); URS West, Inc. (3518); Bill & Wags, Inc. (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964); Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart-Caudle Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); URS Southeast, Inc. (7289); URS Northeast, Inc. (7290); URS Southwest, Inc. (7284); Fast Towing, Inc. (5898); E & R Towing and Garage, Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises Inc. (1970); United Road Towing South Florida, Inc. (9186); Rapid Recovery Incorporated (1659); United Road Towing Services, Inc. (2206); Arri Brothers, Inc. (7962); Rancho Del Oro Companies, Inc. (3924); CSCBD, Inc. (2448); URS Leasing, Inc. (9072); UR VMS, LLC (4904); UR Vehicle Management Solutions, Inc. (0402). The Debtors' mailing address is c/o United Road Towing, Inc., 9550 Bormet Drive, Suite 301, Mokena, Illinois 60448.

[2] All capitalized terms used but not otherwise defined herein shall be given the meanings ascribed to them in the Bidding Procedures Order.

01:18639521.1

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order approved, among other things, the implementation of the Bidding Procedures in connection with the disposition of substantially all of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that the deadline to bid on the Assets was established as April 6, 2017 at 5:00 p.m. (ET), and the Auction was scheduled for April 10, 2017 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the Debtors conducted the Auction for the Assets on April 10, 2017.  At the conclusion thereof, the Debtors, in consultation with the Consulation Parties, designated the following Qualifying Bids as the Successful Bid and Back-Up Bid for the Assets:

|  | **Successful Bidder** | **Back-Up Bidder** |
|---|---|---|
| **Bidder Name** | Medley Capital Corporation ("Medley") | Transom Towing Holdings, LLC ("Transom") |
| **Proposed Purchase Price** | Valued at $39,988,976 and comprised of cash, assumed liabilities, and a credit bid of $16 million of second-lien debt | Valued at $24,238,976 and comprised of cash and assumed liabilities |
| **Assumed Contracts** | *See* **Exhibit 1**[3] | The Debtors have not received a list of Assumed Contracts from Transom.  The Debtors will file this list upon receipt from Transom |
| **Proposed Assignee(s) of Assumed Contracts** | Medley Capital Corporation or an Affiliate to the extent provided for in the Transaction Agreement | Transom Towing Holdings, LLC or an Affiliate to the extent provided for in the Transaction Agreement |

---

[3] Pursuant to Section 2.6(c) of the Transaction Agreement with Medley, Medley has reserved the right to remove any of these contracts or leases from the list of contracts and leases to be assumed and assigned prior to closing.

| **Contact Information for Successful Bidder for Adequate Assurance Information** | Care of Greenberg Traurig, LLP 200 Park Avenue New York, NY 10166 Attn: Maria DiConza, Esq. Email: diconzam@gtlaw.com | Care of Venable LLP 2049 Century Park East Suite 2300 Los Angeles, CA 90067 Attention: Hamid R. Rafatjoo Email: hrafatjoo@venable.com |
|---|---|---|

**PLEASE TAKE FURTHER NOTICE** that Counterparties to the Assumed Contracts[4] may submit objections **on or prior to April 12, 2017 at 12:00 Noon (ET)**[5] solely on the basis of adequate assurance of future performance by the Successful Bidder or Back-Up Bidder.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to object solely with respect to an objection to the conduct of the Auction, the designation of the Successful Bidder or Bid or Back-Up Bidder or Bid, the terms (including price) of such bids, and the Debtors' inability to satisfy the conditions of section 363(f) of the Bankruptcy Code with respect to the Successful Bid or Back-Up Bid must file such objection **on or prior to April 11, 2017 at 4:00 p.m. (ET)**.

*[Remainder of page left intentionally blank]*

---

[4] The Debtors reserve the right to challenge whether any agreement listed on Exhibit 1 to this notice is an executory contract or unexpired lease and by listing such agreement on Exhibit 1, the Debtors are not conceding that any contract or lease remains executory or unexpired.

[5] The Debtors are extending this deadline from April 11, 2017 at 4:00 p.m. (ET).

01:18699434.1

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to file the applicable Transaction Agreements and submit the proposed form of Sale Order prior to the Sale Hearing.

| | |
|---|---|
| Dated: April 11, 2017<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br><br>/s/ *Ryan M. Bartley*<br>M. Blake Cleary (No. 3614)<br>Ryan M. Bartley (No. 4985)<br>Andrew Magaziner (No. 5426)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>WINSTON & STRAWN LLP<br>Daniel J. McGuire<br>Grace D. D'Arcy<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br><br>Carrie V. Hardman<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br><br>*Counsel for Debtors and Debtors in Possession* |

# Exhibit 1

**Medley Schedule of Assumed Contracts**

**Schedule of Assumed Contracts**

| DEBTOR(s) | DESCRIPTION | CONTRACT COUNTERPARTY | CURE AMOUNT |
|---|---|---|---|
| Signature Towing, Inc. | Equipment Lease Agreement | DLL Financial Solutions Partner | $58,000.00 |
| Signature Towing, Inc. | Equipment Lease Agreement | DLL Financial Solutions Partner | $0.00 |
| United Road Towing, Inc. | Vehicle towing & Recovery software | towXchange, Inc. | $42,659.69 |
| United Road Towing, Inc. | Property Lease | Gregory R. and Lisa K. Baker Trs of the Baker | $24,427.80 |
| Export Enterprises of Massachusetts, Inc. | Property Lease | 50 Mystic Avenue, LLC | $20,000.00 |
| United Road Towing, Inc.; Pat's Towing, Inc. | Property Lease | 142 Mystic, Inc. | $19,995.45 |
| City Towing, Inc. | Property Lease | Ammon Properties, LLC | $16,851.32 |
| United Road Towing, Inc. | Property Lease | Garvin W. Robertson & Rita L. Robertson | $14,318.00 |
| Keystone Towing, Inc. | Lease Agreement | Dean C. Daily, II and Charles Michael Daily | $11,871.51 |
| United Road Towing, Inc. | Property Lease | Laraway Center LLC | $11,068.82 |
| United Road Towing, Inc. | Property Lease | L. William and Muriel Goldojarb 1988 | $10,155.76 |
| Mart Caudle Corporation d/b/a Walnut Hill Wrecker | Property Lease(s): 11229, 11239, and 11240 Goodnight Lane, | AKAC Properties, LLC | $10,000.00 |
| Signature Towing, Inc. | Property Lease | Municipal Investor Group, LP | $9,500.00 |
| E&R Towing and Garage, Inc. | Property Lease | Lucky Star Properties LLC | $9,200.00 |
| E&R Towing and Garage, Inc. | Property Lease | The Corcoran Family Trust | $8,900.00 |
| United Road Towing, Inc. | Property Lease | Mobile Facilities of IL, Inc. | $8,523.95 |
| United Road Towing, Inc. | Property Lease | Jared Gruett | $8,218.88 |
| United Road Towing, Inc. | Property Lease | The Berry Trust; David Berry | $5,040.00 |
| E&R Towing and Garage, Inc. | Property Lease | Cynthia J. Maiorano | $5,000.00 |
| United Road Towing, Inc. | Major Acct Services - Master services agreement | ADP, Inc. | $4,183.10 |
| United Road Towing, Inc. | Master Service Agreement | Level 3 Communications, LLC | $3,993.46 |
| United Road Towing, Inc. | Property Lease | Victoria Lynne O'Connor-Boden | $3,150.00 |
| United Road Towing, Inc. | Property Lease | Mobile Facilities of IL, Inc. | $3,099.00 |
| City Towing, Inc. | Equipment, Services, Software | Omnitracs, Inc. | $2,765.80 |
| WHW Transport, Inc. d/b/a Cornish Wrecker Service | Property Lease | SWG Properties, LLC | $2,500.00 |
| City Towing, Inc. | Equipment Lease | Marlin Business Bank | $2,376.23 |
| Ross Baker Towing, Inc. | Purchase Agreement | Badger Fleet Solutions, LLC | $2,361.45 |
| United Road Towing, Inc.; URS West, Inc. | Lease Agreement | Beagle Family Trust; Paul Beagle and Adelle | $2,250.00 |
| United Road Towing, Inc.; UR Vehicle Management | Impound Auction Contract | AMT Auction Marketing | $2,172.00 |
| E&R Towing and Garage, Inc. | Property Lease | Challenge Investment Group, LLC | $1,800.00 |
| United Road Towing, Inc.; Pat's Towing, Inc. | Property Lease | Broadway Investments, Inc. | $1,800.00 |
| United Road Towing, Inc. | Security Agreement | Stanley Security Solutions | $1,512.00 |
| Signature Towing, Inc. | Property Lease | John and Sharon Lewis | $1,500.00 |
| United Road Towing, Inc. | Equipment Rental | Epay Systems | $1,495.75 |
| Mart Caudle Corporation d/b/a Walnut Hill Wrecker | Lease Agreement | Pitney Bowes | $1,242.11 |
| United Road Towing, Inc. | Customer Agreement | Iron Mountain | $948.13 |
| E&R Towing and Garage, Inc. | Towing Services Contract | Chicago Heights | $856.08 |
| Keystone Towing, Inc. | Purchase Agreement | Badger Fleet Solutions, LLC | $726.60 |
| United Road Towing, Inc. | Master Service Agreement | Badger Fleet Solutions, LLC | $726.60 |
| United Road Towing, Inc. | Equipment Lease Agreement | Pitney Bowes | $673.00 |
| Ross Baker Towing, Inc. | Telecommunications Contract | Telepacific Communications | $650.79 |
| Mart Caudle Corporation d/b/a Walnut Hill Wrecker | Copier Lease Agreement | Ricoh Americas Corporation | $572.88 |
| Ross Baker Towing, Inc. | Single Sided Lease Agreement (Equipment Lease) | Wells Fargo Equipment Financing | $558.56 |
| United Road Towing, Inc. | Comparison Analysis | Les Olson Company Inc. | $556.21 |
| City Towing, Inc. | Equipment Lease | Marlin Business Bank | $446.91 |
| Signature Towing, Inc. | Property Lease | LBJ Concourse Office Partner, LP | $360.00 |
| Signature Towing, Inc. | Customer Agreement | Iron Mountain | $38.37 |
| Bill & Wag's, Inc. (d/b/a Bill & Wag's Towing) | Storage Services | Arrowhead, CHP | $0.00 |
| Bill & Wag's, Inc. (d/b/a Bill & Wag's Towing) | Storage Services | Baldwin Park, CHP | $0.00 |
| Bill & Wag's, Inc. (d/b/a Bill & Wag's Towing) | Towing Services | City of Pomona | $0.00 |
| Bill & Wag's, Inc. (d/b/a Bill & Wag's Towing) | Towing Services | Country Oaks, HOA | $0.00 |
| Bill & Wag's, Inc. (d/b/a Bill & Wag's Towing) | Towing Services | G & V Asset Group | $0.00 |
| Bill & Wag's, Inc. (d/b/a Bill & Wag's Towing) | Advertising Agreement | Parking Garage Advertising | $0.00 |
| Bill & Wag's, Inc. (d/b/a Bill & Wag's Towing) | Towing Contract | Redlands Police Department | $0.00 |
| Bill & Wag's, Inc. (d/b/a Bill & Wag's Towing) | Storage Services | San Bernardino, CHP | $0.00 |
| City Towing, Inc. | Equipment Rental | Alpine Water Systems | $0.00 |
| City Towing, Inc. | Commercial Agreement | Cenntenial Real Estate | $0.00 |
| City Towing, Inc. | Towing Services | Insurance Auto Auctions, Inc. | $0.00 |
| City Towing, Inc. | Secure parking/storage facility | Las Vegas Metro Police Dept. | $0.00 |
| City Towing, Inc. | Copier Lease Agreement | Lee Olson Company | $0.00 |
| City Towing, Inc. | Parking Garage Advertisement | PGACA, LLC | $0.00 |
| City Towing, Inc. | Equipment Lease Agreement | Pitney Bowes | $0.00 |
| City Towing, Inc. | Vehicle towing, storage, maintenance & disposal services | United States Marshals Services | $0.00 |
| E&R Towing and Garage, Inc. | Property Lease | Brian Boomsma and Pete Lindemulder | $0.00 |
| E&R Towing and Garage, Inc. | Rental of heavy equipment w/ operator | City of Chicago | $0.00 |
| E&R Towing and Garage, Inc. | Towing Contract | Cook County Sheriffs' Police Dept. | $0.00 |
| E&R Towing and Garage, Inc. | Police Towing Contract | Homewood Police Dept. | $0.00 |
| E&R Towing and Garage, Inc. | Lease Agreement | Sanchez Paving Company | $0.00 |
| E&R Towing and Garage, Inc. | Property Lease | The Corcoran Family Trust | $0.00 |
| E&R Towing and Garage, Inc. | Property Lease | The Corcoran Family Trust | $0.00 |
| Export Enterprises of Massachusetts, Inc. | Towing Services | A & S | $0.00 |
| Export Enterprises of Massachusetts, Inc. | Towing Services | City of Medford | $0.00 |
| Export Enterprises of Massachusetts, Inc. | Towing Services | Export | $0.00 |
| Export Enterprises of Massachusetts, Inc. | Towing Services | Ken's | $0.00 |
| Export Enterprises of Massachusetts, Inc. | Towing Services | Mal's | $0.00 |
| Export Enterprises of Massachusetts, Inc. | Additional Funds for Towing Services | Massachusetts Dept. of Transportation | $0.00 |

**Schedule of Assumed Contracts**

| DEBTOR(s) | DESCRIPTION | CONTRACT COUNTERPARTY | CURE AMOUNT |
|---|---|---|---|
| Export Enterprises of Massachusetts, Inc. | Towing Services | Massachusetts Port Authority | $0.00 |
| Export Enterprises of Massachusetts, Inc. | Towing Services | Quealy's | $0.00 |
| Export Enterprises of Massachusetts, Inc. | Towing Services | Rigano's | $0.00 |
| Export Enterprises of Massachusetts, Inc. | Towing Services | Stephen's | $0.00 |
| Mart Caudle Corporation d/b/a Walnut Hill Wrecker | Municipal Services Contract via Council Resolution | City of Irving, Texas | $0.00 |
| Mart Caudle Corporation d/b/a Walnut Hill Wrecker | Advertising Agreement | Parking Garage Advertising | $0.00 |
| Mart Caudle Corporation d/b/a Walnut Hill Wrecker | Vendor Services Agreement | Penske Truck Leasing Co., L.P. | $0.00 |
| Mart Caudle Corporation d/b/a Walnut Hill Wrecker | Lease Agreement | Pitney Bowes | $0.00 |
| Mart Caudle Corporation d/b/a Walnut Hill Wrecker | Transport Services Agreement | Ready Auto Transport | $0.00 |
| Mart Caudle Corporation d/b/a Walnut Hill Wrecker | Vehicle Services Agreement | Ryder Truck Rental, Inc | $0.00 |
| Mart Caudle Corporation d/b/a Walnut Hill Wrecker | Services Contract | Southern Methodist University | $0.00 |
| Pat's Towing, Inc. | Boot and Tow Services | City Of Somerville | $0.00 |
| Pat's Towing, Inc. | Towing Services | City Of Somerville | $0.00 |
| Pat's Towing, Inc. | Towing Services | Somerville Housing Authority | $0.00 |
| Rancho Del Oro Companies, Inc. | Water Equipment Lease | Time Payment Corp. | $0.00 |
| Rapid Recovery Incorporated | Towing Services Agreement | AI Easy Towing | $0.00 |
| Rapid Recovery Incorporated | Public Impound towing | City of Minneapolis | $0.00 |
| Rapid Recovery Incorporated | Public Impound Towing | City of Minneapolis | $0.00 |
| Rapid Recovery Incorporated | Municipal Services Contract via Request for City Counsel | City of Minneapolis | $0.00 |
| Rapid Recovery Incorporated | All City - Vehicle towing services-rapid | City of Saint Paul | $0.00 |
| Rapid Recovery Incorporated | Towing Services Contract | JMT Towing | $0.00 |
| Rapid Recovery Incorporated | Public Impound Towing | Minneapolis City of Lakes | $0.00 |
| Rapid Recovery Incorporated | Towing Services Agreement | Pasaks Towing, LLC | $0.00 |
| Rapid Recovery Incorporated | Towing Services Agreement | Patrick Schmidt Hauling & Recycling | $0.00 |
| Rapid Recovery Incorporated | Towing Services/Labor Services | Ramsey County | $0.00 |
| Rapid Recovery Incorporated | Subcontract Towing Services Agreement | Wrecker Express Transportation, Inc. | $0.00 |
| Ross Baker Towing, Inc. | Municipal Tow Manager Agreement | City of San Antonio | $0.00 |
| Ross Baker Towing, Inc. | Property Lease | Joseph S. Perry and Cynthia L. Perry | $0.00 |
| Ross Baker Towing, Inc. | Property Lease | Tuch Metals | $0.00 |
| Signature Towing, Inc. | Advertising Agreement | PGACA, LLC (Parking Garage Advertising CA) | $0.00 |
| Sunrise Towing, Inc. | Towing and Storage Services | North Las Vegas Police Department | $0.00 |
| United Road Towing, Inc. | Electronic payment agreement | American Epay, Inc. | $0.00 |
| United Road Towing, Inc. | Benefit Program Application | BlueCross BlueShield of Illinois | $0.00 |
| United Road Towing, Inc. | Property Lease | Building Number Twenty-Six, LLC | $0.00 |
| United Road Towing, Inc. | Property Lease | Building Number Twenty-Six, LLC | $0.00 |
| United Road Towing, Inc. | Dispatch services agreement | CAARS, Inc. | $0.00 |
| United Road Towing, Inc. | Lease | CB Richard Ellis, Inc. | $0.00 |
| United Road Towing, Inc. | HOA/Apartment Towing Agreement | Centennial Real Estate | $0.00 |
| United Road Towing, Inc. | Impound facility management, boot release, towing and related | City of Chicago - Dept. of Streets and | $0.00 |
| United Road Towing, Inc. | Towing and Storage Services | City of Los Angeles | $0.00 |
| United Road Towing, Inc. | Operation & Maint of Vehicle Storage Facility (as amended) | City of San Antonio | $0.00 |
| United Road Towing, Inc. | Tow Manager agreement | City of San Antonio | $0.00 |
| United Road Towing, Inc. | Property Lease | City of San Antonio | $0.00 |
| United Road Towing, Inc. | Subcontract Towing Services | City of San Antonio | $0.00 |
| United Road Towing, Inc. | Merchant acceptance of application & agreement | Clearant LLC | $0.00 |
| United Road Towing, Inc. | Onsite Maintenance Contract | Consolidated Office Systems | $0.00 |
| United Road Towing, Inc. | Property Lease | Daniel P. Lagone and Cynthia A. Lagone | $0.00 |
| United Road Towing, Inc. | Life Insurance Agreement | Dearborn National Life Insurance Company | $0.00 |
| United Road Towing, Inc. | Onsite Maintenance Contract | Gateway | $0.00 |
| United Road Towing, Inc. | Water installation order | Gladden Water | $0.00 |
| United Road Towing, Inc. | Property Lease | Gregory R. and Lisa K. Baker Trs of the Baker | $0.00 |
| United Road Towing, Inc. | Application for plan of Group Insurance | Guardian Life Insurance Co. of America | $0.00 |
| United Road Towing, Inc. | Towing Services Agreement (as amended) | Insurance Auto Auctions, Inc. | $0.00 |
| United Road Towing, Inc. | Property Lease | Jared Gruett and Pete Olson | $0.00 |
| United Road Towing, Inc. | Plan Administration Service Agreement | July Business Services | $0.00 |
| United Road Towing, Inc. | Addendum to Rental agreement | LifeStorage of Mokena | $0.00 |
| United Road Towing, Inc. | Operation & Maint of vehicle storage facility | Metropolitan Govt. of Nashville and | $0.00 |
| United Road Towing, Inc. | Subcontract Towing Services | Mission Wrecker | $0.00 |
| United Road Towing, Inc. | Towing Services | Moss Building II, LLC | $0.00 |
| United Road Towing, Inc. | Property Lease | Pete Olson and Deborah Olson | $0.00 |
| United Road Towing, Inc. | Various Surety Bonds (See Global Notes) | Platte River Insurance Company | $0.00 |
| United Road Towing, Inc. | Towing Services Agreement | Richard's Towing | $0.00 |
| United Road Towing, Inc. | Misc Services Agreement (Freeway Service Patrol, FSP) | State Of Nevada, Dept of Transportation | $0.00 |
| United Road Towing, Inc. | Property Lease | State of Texas acting through the Texas | $0.00 |
| United Road Towing, Inc. | Facility Lease | State of Texas, County Of Bexar | $0.00 |
| United Road Towing, Inc. | Standard Lease Agreement | Texas Dept. of Transportation | $0.00 |
| United Road Towing, Inc. | Service Agreement for Waste Collection & Disposal | Texas Refuse | $0.00 |
| United Road Towing, Inc. | Subcontract Towing Services | Texas Towing | $0.00 |
| United Road Towing, Inc. | Subcontract Agreement | Travelers Marketing LLC | $0.00 |
| United Road Towing, Inc. | Application for Vision Care Plan | VSP | $0.00 |
| United Road Towing, Inc. | Equipment Lease Agreement | Wells Fargo Vendor Financial Services, LLC | $0.00 |
| United Road Towing, Inc.; City Towing, Inc. | HOA/Apartment Towing Agreement | Mesa Management | $0.00 |
| United Road Towing, Inc.; City Towing, Inc. | HOA/Apartment Towing Agreement | Pinnacle | $0.00 |
| United Road Towing, Inc.; City Towing, Inc. | Rental Agreement | Pyramid Self Storage, LLC | $0.00 |
| United Road Towing, Inc.; City Towing, Inc. | SubContractor Facility Details | RBEX Inc. | $0.00 |
| United Road Towing, Inc.; Keystone Towing, Inc. | Property Lease | Building Number Sixteen, LLC and Industrial | $0.00 |
| United Road Towing, Inc.; Keystone Towing, Inc. | Property Lease | Parcel D, LLC and Industrial Parcel D, LLC | $0.00 |
| United Road Towing, Inc.; Signature Towing, Inc. | SECAP Finance Lease Agreement | Square One Business Machines | $0.00 |
| United Road Towing, Inc.; UR Vehicle Management | Towing and Storage Services | Texas Roadside Services | $0.00 |
| UR Vehicle Management Solutions, Inc. | Property Lease | Metropolitan Government of Nashville | $0.00 |
| URT Holdings, Inc. | Master Services agreement | Electronic Funds Source, LLC | $0.00 |
| WHW Transport, Inc. d/b/a Cornish Wrecker Service | Lease Agreement | Pitney Bowes | $0.00 |

**Schedule of Assumed Contracts**

| DEBTOR(s) | DESCRIPTION | CONTRACT COUNTERPARTY | CURE AMOUNT |
|---|---|---|---|
| WHW Transport, Inc. d/b/a Cornish Wrecker Service | Vehicle Services Agreement | Ryder Truck Rental, Inc | $0.00 |
| WHW Transport, Inc. d/b/a Cornish Wrecker Service | Heavy duty non consent towing services | Tarrant County | $0.00 |
| WHW Transport, Inc. d/b/a Cornish Wrecker Service | Purchase Order | Texas Dept. of Transportation | $0.00 |
| City Towing, Inc. | Property Lease | 4100 Cheyenne, LLC | $0.00 |
| CSCBD, Inc. | Sublease Agreement dated January 31, 2016 | Landscapes USA | $0.00 |
| CSCBD, Inc. | Property Lease dated as of February 22, 2000 (as amended) | Mark Chapparone and Deborah Chapparone | $0.00 |
| United Road Towing, Inc. | Property Lease - Branford Property | Gregory R. and Lisa K. Baker Trs of the Baker | $0.00 |