**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re**<br><br>**UNITED ROAD TOWING, INC.** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-10249 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 57 |

## CERTIFICATION OF COUNSEL REGARDING REVISED SALE ORDER

On April 12, 2017 the Court held a hearing (the "Sale Hearing") to approve the sale of substantially all of the Debtors assets to Medley Capital Corporation (the "Purchaser," and such sale, the "Sale"). At the Sale Hearing, the Debtors submitted to the Court a form of order authorizing the Sale (the "Original Sale Order"), which has previously been filed with the Court at Docket No. 266, Exhibit B.

At the Sale Hearing the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") and the Court raised concerns regarding certain provisions in the Original Sale Order. The Debtors and Purchaser have agreed to revise the Original Sale Order to address the U.S. Trustee's and the Court's concerns, as well as the other matters discussed on the record at the Sale Hearing. A revised copy of the Original Sale Order (the "Revised Proposed Sale Order") is attached hereto as **Exhibit A**. The Revised Proposed Sale Order has been shared

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: United Road Towing, Inc. (6962); URT Holdings, Inc. (8341); City Towing Inc. (2118); URS West, Inc. (3518); Bill & Wags, Inc. (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964); Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart-Caudle Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); URS Southeast, Inc. (7289); URS Northeast, Inc. (7290); URS Southwest, Inc. (7284); Fast Towing, Inc. (5898); E & R Towing and Garage, Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises Inc. (1970); United Road Towing South Florida, Inc. (9186); Rapid Recovery Incorporated (1659); United Road Towing Services, Inc. (2206); Arri Brothers, Inc. (7962); Rancho Del Oro Companies, Inc. (3924); CSCBD, Inc. (2448); URS Leasing, Inc. (9072); UR VMS, LLC (4904); UR Vehicle Management Solutions, Inc. (0402). The Debtors' mailing address is c/o United Road Towing, Inc., 9550 Bormet Drive, Suite 301, Mokena, Illinois 60448.

with the Purchaser, the DIP Lender, counsel to the Committee of Unsecured Creditors, and the U.S. Trustee, all of whom have approved the Revised Proposed Sale Order.

For the convenience of the Court and other parties in interest, a blackline reflecting the changes in the Revised Proposed Sale Order from the Original Sale Order has been attached hereto as **Exhibit B**.

*[Remainder of page left intentionally blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Sale Order, attached hereto as **Exhibit A**, at the earliest convenience of the Court without further notice or hearing.

Dated: April 13, 2017
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Ryan M. Bartley*
M. Blake Cleary (No. 3614)
Ryan M. Bartley (No. 4985)
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

WINSTON & STRAWN LLP
Daniel J. McGuire
Grace D. D'Arcy
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Carrie V. Hardman
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Counsel for Debtors and Debtors in Possession*