**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------
:
**In re**                                  :    Chapter 11
:
**UNITED ROAD TOWING, INC.** *et al.*,     :    Case No. 17-10249 (LSS)
:
Debtors.[1]                                :    Jointly Administered
:
:
------------------------------------------------------------

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 27, 2017 AT 11:00 A.M. (ET)**

**CONTESTED MATTER GOING FORWARD**

1. Debtors' Motion for Entry of (A) Order (I) Scheduling a Hearing to Consider Final Approval of the Sale or Sales of Substantially All of the Debtors' Assets, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief [D.I. 57, 2/10/17]

    Objection Deadline: April 5, 2017 at 4:00 p.m. (ET), extended until April 25 at 4:00 p.m. (ET) for the City of Chicago pursuant to ¶ 36 of the Sale Order.

    Related Documents:

    a) Amended Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All of the Debtors' Assets, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: United Road Towing, Inc. (6962); URT Holdings, Inc. (8341); City Towing Inc. (2118); URS West, Inc. (3518); Bill & Wags, Inc. (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964); Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart-Caudle Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); URS Southeast, Inc. (7289); URS Northeast, Inc. (7290); URS Southwest, Inc. (7284); Fast Towing, Inc. (5898); E & R Towing and Garage, Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises Inc. (1970); United Road Towing South Florida, Inc. (9186); Rapid Recovery Incorporated (1659); United Road Towing Services, Inc. (2206); Arri Brothers, Inc. (7962); Rancho Del Oro Companies, Inc. (3924); CSCBD, Inc. (2448); URS Leasing, Inc. (9072); UR VMS, LLC (4904); UR Vehicle Management Solutions, Inc. (0402). The Debtors' mailing address is c/o United Road Towing, Inc., 9550 Bormet Drive, Suite 301, Mokena, Illinois 60448.

[2] **Amendments appear in bold.**

    Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief [D.I. 153, 3/9/17]

  b)  Notice of Sale of Assets [D.I. 162, 3/13/17]

  c)  Notice of Assumption, Assignment and Cure Amount With Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 216, 3/22/17]

  d)  Notice of Successful Bid and Back-Up Bid in Connection With Sale of Substantially All of the Debtors' Assets [D.I. 263, 4/11/17]

  e)  Notice of Filing of Purchase Agreement With Successful Bidder and Proposed Form of Sale Order [D.I. 266, 4/12/17]

  f)  Declaration of Mark E. Chesen in Support of Order (I) Approving Asset Purchase Agreement and Authorizing Sale of Certain Assets of Debtors' Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [D.I. 268, 4/12/17]

  g)  Order (I) Approving Asset Purchase Agreement and Authorizing Sale of Certain Assets of Debtors' Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [D.I. 279, 4/13/17]

Objections\Responses Filed:

 a) Reservation of Rights of the Chubb Companies with Respect to the Motion of the Debtors for Entry of (A) Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All of the Debtors' Assets, and the Assumption and Assignment of Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Properties, (II) Authorizing the Sales Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 94, 2/24/17]

 b) Objection of Texas Towing LLC to the Cure Amount Proposed in the Debtors' Notice of Assumption, Assignment and Cure Amount With Respect

      to Executory Contracts and Unexpired Leases of the Debtors [D.I. 246, 4/5/17]

c) Limited Objection and Reservation of Rights of Capital Indemnity Company and Platte River Insurance Company to and Regarding Debtors' Sale Motion and Notice of Assumption, Assignment and Cure Amount With Respect to Executory Contracts and Unexpired Leases [D.I. 248, 4/5/17]

d) City of Chicago's Limited Objection to Assumption and Assignment of Executory Contracts and Cure Amount Set Forth in Notice of Assumption, Assignment and Cure Amount With Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 250, 4/5/17]

e) Limited Objection and Reservation of Rights of Capital Indemnity Company and Platte River Insurance Company With Respect to Adequate Assurance of Future Performance by Proposed Assignee [D.I. 262, 4/11/17]

f) Informal comments from Wells Fargo Equipment Finance, Manufacturer Services Group

g) **Supplemental Objection of City of Chicago to Assumption and Assignment of Executory Contracts and Cure Amount Set Forth in Notice of Assumption, Assignment and Cure Amount With Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 310, 4/25/17]**

Status: The Debtors and Purchaser believe they have a resolution on items (a), (b), and (f), subject to documentation, and are working to resolve items (c) through (e) and (g). The Debtors and Purchaser intend to submit an order reflecting these resolutions at or prior to the hearing.

April 26, 2017
Wilmington, Delaware

                    YOUNG CONAWAY STARGATT
                    & TAYLOR, LLP

                    /s/ *Ryan M. Bartley*
                    M. Blake Cleary (No. 3614)
                    Ryan M. Bartley (No. 4985)
                    Andrew L. Magaziner (No. 5426)
                    Rodney Square
                    1000 North King Street
                    Wilmington, Delaware 19801
                    Telephone: (302) 571-6600
                    Facsimile: (302) 571-1253

                        -and-

WINSTON & STRAWN LLP
Daniel J. McGuire
Grace D. D'Arcy
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Carrie V. Hardman
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Counsel for Debtors and Debtors in Possession*