# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | UNITED ROAD TOWING, INC. |
| **Case Number:** | 17-10249-LSS    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 27, 2017 11:00 AM    CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN |
| **Courtroom Clerk:** | CACIA BATTS |
| **Reporter / ECR:** | MICHAEL MILLER |

## *Matter:*

Assumption objections continued from 4/12/17

**R / M #:**    0 / 0

## *Appearances:*

M. BLAKE CLEARY, ATTORNEY FOR UNITED ROAD TOWING, INC.

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Revised order to be submitted