IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| **In re** | : Chapter 11 |
| | : |
| **UNITED ROAD TOWING, INC.** *et al.*, | : Case No. 17-10249 (LSS) |
| | : |
| **Debtors.**[1] | : Jointly Administered |
| | : |
| | Ref. Docket Nos. 87, 279 & 331 |

## ORDER AMENDING CASE CAPTION AS A RESULT OF NAME CHANGE

Upon the certification of counsel (the "Certification of Counsel")[2] of the Debtors for the entry of an order amending the Caption as a result of the change of the Debtor United Road Towing Inc.'s corporate name to "Old Towing Company" in accordance with the APA and the Sale Order; and due and proper notice of the Certification of Counsel and the relief provided for herein having been given; and it appearing that no other or further notice of the Certification of Counsel and the relief provided for herein is required; and it appearing that this Court has jurisdiction to consider the Certification of Counsel and grant the relief provided for herein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: United Road Towing, Inc. (6962); URT Holdings, Inc. (8341); City Towing Inc. (2118); URS West, Inc. (3518); Bill & Wags, Inc. (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964); Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart-Caudle Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); URS Southeast, Inc. (7289); URS Northeast, Inc. (7290); URS Southwest, Inc. (7284); Fast Towing, Inc. (5898); E & R Towing and Garage, Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises Inc. (1970); United Road Towing South Florida, Inc. (9186); Rapid Recovery Incorporated (1659); United Road Towing Services, Inc. (2206); Arri Brothers, Inc. (7962); Rancho Del Oro Companies, Inc. (3924); CSCBD, Inc. (2448); URS Leasing, Inc. (9072); UR VMS, LLC (4904); UR Vehicle Management Solutions, Inc. (0402). The Debtors' mailing address is c/o United Road Towing, Inc., 9550 Bormet Drive, Suite 301, Mokena, Illinois 60448.

[2] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Certification of Counsel.

01:18929931.1

venue of this proceeding and the Certification of Counsel is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Certification of Counsel and provided for herein is in the best interest of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**;

1. Effective as of the date hereof, all pleadings filed in the Debtors' Chapter 11 Cases shall bear a consolidated caption substantially in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| **In re** | : Chapter 11 |
| **OLD TOWING COMPANY,** *et al.*, | : Case No. 17-10249 (LSS) |
| **Debtors.**[1] | : Jointly Administered |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Old Towing Company (6962); URT Holdings, Inc. (8341); City Towing Inc. (2118); URS West, Inc. (3518); Bill & Wags, Inc. (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964); Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart-Caudle Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); URS Southeast, Inc. (7289); URS Northeast, Inc. (7290); URS Southwest, Inc. (7284); Fast Towing, Inc. (5898); E & R Towing and Garage, Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises Inc. (1970); United Road Towing South Florida, Inc. (9186); Rapid Recovery Incorporated (1659); United Road Towing Services, Inc. (2206); Arri Brothers, Inc. (7962); Rancho Del Oro Companies, Inc. (3924); CSCBD, Inc. (2448); URS Leasing, Inc. (9072); UR VMS, LLC (4904); UR Vehicle Management Solutions, Inc. (0402). The Debtors' mailing address is c/o Old Towing Company, 9550 Bormet Drive, Suite 301, Mokena, Illinois 60448.

2. The Clerk of the Court is authorized and directed to promptly change the dockets and other records of these Chapter 11 Cases, Case Nos. 17-10249 (LSS) through 17-10277 (LSS), reflecting the change of Debtor United Road Towing Inc.'s corporate name to "Old Towing Company."

3. The Debtors and the Clerk of Court are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4. Notwithstanding the possible applicability of Bankruptcy Rules 6004, 7062, and 9014, or otherwise, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 8, 2017
Wilmington, Delaware

_____
LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE